DENNIS S. WAKS, Bar #142581
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
YOLANDA ZAVALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0359 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO RESET MOTIONS |
| | ) | CALENDAR;  CONTINUE STATUS |
| v. | ) | CONFERENCE/MOTIONS HEARING; AND |
| | ) | ORDER THEREON |
| YOLANDA ZAVALA, | ) | |
| | ) | DATE:  March 6, 2006 |
| Defendant. | ) | TIME:   9:00 a.m. |
| | ) | DEPT:  Hon. Anthony W. Ishii |

        IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

counsel of record herein, that the Motions schedule will be reset as follows: The date for the  filing of

motions is extended from December 12, 2005 to **January 30, 2006**; the response to said motions is

extended from January 3, 2006 to **February 20, 2006**;  replies are extended from January 9, 2006 to

**February 27, 2006**; and the Status Conference/Motions Hearing scheduled for January 17, 2006 is

continued to **March 6, 2006 at 9:00 a.m.**

        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice herein for effective defense preparation pursuant to 18 U.S.C.

///

///

///

///

1    §3161(h)(8)(B)(iv).

2         DATED: January 10, 2006                    McGREGOR W. SCOTT
                                                      United States Attorney
3

4                                                     /s/ Stanley A. Boone
                                                      STANLEY A. BOONE
5                                                     Assistant U.S. Attorney
                                                      Attorney for Plaintiff
6

7         DATED:  January 10, 2006                    DENNIS S. WAKS
                                                      Acting Federal Defender
8

9                                                     /s/ Mark A. Lizarraga
10    _____                MARK A. LIZARRAGA
                                                      Assistant Federal Defender
11                                                    Attorney for Defendant

12

13

14

15                                    **ORDER**

16    IT IS SO ORDERED.

17    **Dated:    January 11, 2006**            _____/s/ Anthony W. Ishii_____
      0m8i78                                    UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28