DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
YOLANDA ZAVALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOLANDA ZAVALA,<br><br>　　　　　Defendant. | NO. 1:05-cr-0359 AWI<br><br>STIPULATION TO VACATE MOTIONS SCHEDULE/HEARING, TO BE RESET BY THE COURT; AND TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON<br><br>DATE: March 20, 2006<br>TIME: 9:00 a.m.<br>DEPT: Hon. Anthony W. Ishii |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that the Motions Schedule in the above captioned matter is hereby vacated, and the Motions Hearing in the above captioned matter scheduled for March 6, 2006 is hereby vacated, both to be reset by the Court.

　　　　IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference hearing in this matter, scheduled for March 6, 2006 is hereby continued to **March  20, 2006 at 9:00 a.m.**

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of

///

///

///

///

1  justice herein for effective defense preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

2  DATED: March 2, 2006            McGREGOR W. SCOTT
                                   United States Attorney
3

4                                  /s/ Stanley A. Boone
                                   STANLEY A. BOONE
5                                  Assistant U.S. Attorney
                                   Attorney for Plaintiff
6

7  DATED:  March 2, 2006           DENNIS S. WAKS
                                   Acting Federal Defender
8

9
                                   /s/ Mark A. Lizarraga
10                                 MARK A. LIZARRAGA
                                   Assistant Federal Defender
11                                 Attorney for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:   March 3, 2006**            /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Schedule/Hearing, To Be
Reset by Court; and Continue Status Conference Hearing;

2