DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
YOLANDA ZAVALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-0359 AWI |
| Plaintiff, | STIPULATION RE MODIFICATION OF CONDITIONS OF RELEASE (PROPERTY BOND); AND ORDER THEREON |
| v. | |
| YOLANDA ZAVALA, | DEPT:  Hon. Anthony W. Ishii |
| Defendant. | |

**Background**

Defendant Yolanda Zavala ("Zavala") was arraigned on September 23, 2005 and ordered temporarily detained pending a detention hearing.  On September, 26, 2005, Zavala was released on an unsecured $50,000.00 personal recognizance bond, said bond to be replaced with a $50,000.00 property bond.  On October 31, 2005, the recorded Deed of Trust, executed by Clarice Garcia aka  Clarice M. Garcia Martinez was received by the court. (Docket # 12)

Ms. Clarice Garcia aka Clarice M. Garcia Martinez is in the process of refinancing her house which is the property upon which the property bond was issued.  In order to complete the refinancing of the house, it is necessary that the property bond be exonerated, at least until such time as the refinancing has been completed.

Zavala has complied fully to date with making any and all court appearances as required by the court.

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the property bond posted in this matter on October 31, 2005 (Docket Item 12; Recorder No. 2005-0256935), be exonerated. Ms. Clarice Garcia aka Clarice M. Garcia Martinez shall immediately upon the close of escrow related to the refinancing of her residence at 2083 N. Hayes, Fresno, California 93722 deliver to the Court a replacement property bond in the amount of $50,000.00 on behalf of defendant Zavala.

DATED: March 13, 2006          McGREGOR W. SCOTT
                               United States Attorney

                               /s/ Stanley A. Boone
                               STANLEY A. BOONE
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

DATED: March 13, 2006          DANIEL J. BRODERICK
                               Acting Federal Defender

                               /s/ Mark A. Lizárraga
                               MARK A. LIZÁRRAGA
                               Assistant Federal Defender
                               Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   March 15, 2006**             /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation Re Modification of Conditions
of Release (Property) Bond)                      2