DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
YOLANDA ZAVALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0359 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| YOLANDA ZAVALA, ) | DATE: April 17, 2006 |
| Defendant. ) | TIME: 9:00 a.m. |
| ) | DEPT: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for March 20, 2006, may b e continued to **April 17, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

///
///
///
///
///
///
///
///

1  justice herein for effective defense preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

2  DATED: March 14, 2006             McGREGOR W. SCOTT
                                     United States Attorney
3

4                                    /s/ Stanley A. Boone
                                     STANLEY A. BOONE
5                                    Assistant U.S. Attorney
                                     Attorney for Plaintiff
6

7  DATED:  March 14, 2006            DENNIS S. WAKS
                                     Acting Federal Defender
8

9
                                     /s/ Mark A. Lizarraga
10                                   MARK A. LIZARRAGA
                                     Assistant Federal Defender
11                                   Attorney for Defendant

12

13

14

15                                **ORDER**

16  IT IS SO ORDERED.

17  **Dated:   March 15, 2006**           /s/ Anthony W. Ishii
    0m8i78                                UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing;

2