DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
YOLANDA ZAVALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0359 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER |
| v. | ) ) | THEREON |
| YOLANDA ZAVALA, | ) ) | DATE: May 22, 2006 |
|  | ) | TIME: 9:00 a.m. |
| Defendant. | ) ) | DEPT: Hon. Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 15, 2006, may be continued to **May 22, 2006 at 9:00 a.m.**

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

///
///
///
///
///
///
///
///

1  justice herein for effective defense preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

2  DATED: May 11, 2006            McGREGOR W. SCOTT
                                   United States Attorney
3

4                                  /s/ Stanley A. Boone
                                   STANLEY A. BOONE
5                                  Assistant U.S. Attorney
                                   Attorney for Plaintiff
6

7  DATED:  May 11, 2006            DENNIS S. WAKS
                                   Acting Federal Defender
8

9
                                   /s/ Mark A. Lizarraga
10                                 MARK A. LIZARRAGA
                                   Assistant Federal Defender
11                                 Attorney for Defendant

12

13

14

15                                **ORDER**

16  IT IS SO ORDERED.

17  **Dated:   May 12, 2006**            /s/ **Anthony W. Ishii**
    0m8i78                              UNITED STATES DISTRICT JUDGE
18

Stipulation to Continue Status Conference Hearing

2