DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZÁRRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
YOLANDA ZAVALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-0359 AWI |
| Plaintiff, | DEFENDANT'S MOTION TO EXTEND SURRENDER DATE; AND ORDER THEREON |
| v. | Judge Anthony W. Ishii |
| YOLANDA ZAVALA, | |
| Defendant. | |

On August 21, 2006, this Court sentenced defendant Ms. Yolanda Zavala ("Zavala") in the above referenced proceeding.  Zavala was sentenced to a term of eighteen (18) months prison, and ordered to surrender to the institution designated by the Bureau of Prisons ("BOP").  If the BOP failed to designate an institution before October 5, 2006, Zavala was also ordered to self-surrender to the United State's Marshal's Service in Fresno, California on October 5, 2006 at 2:00 p.m.  At the time of Zavala's sentencing, counsel for defendant, Mark A. Lizárraga, Assistant Federal Defender, requested a self-surrender date of mid-to-late October to provide the BOP with sufficient time to designate Zavala.  Counsel for the Government, Stanley A. Boone, Assistant U.S. Attorney, requested a shorter period of time, but stated that if Zavala had not been designated by the BOP one-week before Zavala's self-surrender date of October 5, 2006 to the U.S. Marshal's Service in Fresno, California, Mr. Boone would not oppose extending Zavala's self-surrender date.  Less than one week prior to Zavala's self-surrender date to the U.S. Marshals on October 5, 2006, Zavala has still not been designated to a federal facility.

1  Counsel for defendant spoke with Mr. Boone's secretary earlier this week, as Mr. Boone was in trial, and
2  asked the secretary to relay the above information to Mr. Boone and determine whether he opposed
3  Zavala's request to extend her self-surrender date.  Mr. Boone's secretary informed counsel for the
4  defendant that Mr. Boone did not oppose Zavala's request.
5     It is respectfully requested that the Court grant Ms. Zavala an extension from October 5, 2006 at
6  2:00 p.m. to **October 19, 2006 at 2:00 p.m.** to surrender herself to the U.S. Marshals in Fresno,
7  California.
8     DATED:  October 2, 2006
9                          Respectfully submitted,
10                         DANIEL J. BRODERICK
                           Federal Defender
11
12
                           /s/ Mark A. Lizárraga
13                         MARK A. LIZARRAGA
                           Assistant Federal Defender
14                         Attorney for Defendant
15
16
17                    **O R D E R**
18     Defendant's request to extend surrender date is hereby granted.
19
20  IT IS SO ORDERED.
21  **Dated:  October 5, 2006**          **/s/ Anthony W. Ishii**
    0m8i78                      UNITED STATES DISTRICT JUDGE

Defendant's Motion to Extend Surrender Date

2